DECISION

No. CDC-85-093

The application of the above-named defendant for a review of the sentence of 6 years for Intimidation imposed on February 18, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Robert Anderson of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 13th day of November, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. LYLE EUGENE HERMAN, Defendant.

DECISION

No. BDC-86-013

The application of the above-named defendant for a review of the sentence for Count III, Burglary; Count IV, Theft; Count V, Criminal Mischief; 10 years with 3 years suspended on each count; all sentences shall run consecutively imposed on January 13, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Board strongly recommends that the Department of Institutions arrange for an alcohol treatment program while this individual is incarcerated at MSP.

We wish to thank Steve Hudspeth, Deputy County Attorney from Cascade County for appearing before the Sentence Review Board.

We wish to thank Melody Brown of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 13th day of November, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. JAMES MICHAEL DUTCHER, Defendant.

## DECISION

No. ADC-85-106

The application of the above-named defendant for a review of the sentence for Count II, theft, 10 years with 5 years suspended plus same conditions imposed for Bail Jumping (BDC-86-128) said sentences to run consecutively; $3,000 restitution, imposed on December 11, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Steve Hudspeth, Deputy County Attorney from Cascade County for appearing before the Sentence Review Board.

We wish to thank Debbie Waltari of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 13th day of November, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Seventh Judicial District, County of Richland, STATE OF MONTANA, Plaintiff vs. EDWARD GOETTL, Defendant.

## DECISION

No. 1926

The application of the above-named defendant for a review of the sentence for Count I, Theft, 9 years; Count II, Theft, 9 years; Count III, Criminal Mischief, 6 months in Richland County Jail; Sentences to run concurrently; Swan River Recommended, imposed on February 2, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Charles Jordan of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 13th day of November, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Seventeenth Judicial District, County of Phillips, STATE OF MONTANA, Plaintiff vs. WILLIAM LEE "RANDY" CLARK, Defendant.